Michael L. Mallow (SBN 188745)
mmallow@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-3204
Phone: (424) 285-8330
Fax: (424) 204-9093

Amir Nassihi (SBN 235936)
anassihi@shb.com
Joan R. Camagong (SBN 288217)
jcamagong@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 544-1900
Fax: (415) 391-0281

*Attorneys for Defendants*
*Toyota Motor Sales, U.S.A., Inc.,*
*Toyota Motor North America, Inc.,*
*Toyota Motor Credit Corporation*
*D.B.A. Toyota Financial Services*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN CALUWE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR CREDIT CORPORATION d.b.a. TOYOTA FINANCIAL SERVICES, a California Corporation, and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 2:24-cv-05819-AB-RAO<br><br>Assigned to: Hon. André Birotte Jr.<br><br>**STIPULATION TO AMEND THIRD AMENDED COMPLAINT AND CONTINUE THE SCHEDULING CONFERENCE FROM APRIL 4, 2025 TO MAY 30, 2025** |

Pursuant to Civil Local Rule 7-1, and subject to the Court's approval, the Parties stipulate as follows:

1. On July 10, 2024, Plaintiffs filed their complaint. (Dkt. 1).

2. On August 1, 2024, Plaintiffs filed the First Amended Complaint. (Dkt. 13).

3. On October 28, 2024 and October 29, 2024, the parties conferred by email and videoconference pursuant to Local Rule 7-3 regarding Defendants' motion to dismiss in response to the First Amended Complaint. Following the conferral, the parties agreed that Plaintiffs would have until December 4, 2024 to file a Second Amended Complaint and Defendants would have until February 4, 2025 to respond. A stipulation and order was entered to that effect. (Dkts. 18, 19).

4. On December 4, 2024, Plaintiffs filed their Second Amended Complaint (Dkt. 20).

5. Following further conferrals regarding Defendants' challenges to the Second Amended Complaint, the parties agreed that Plaintiffs would have until February 14, 2025 to file their Third Amended Complaint. (Dkt. 21). Plaintiffs filed their Third Amended Complaint on February 14, 2025. (Dkt. 28). Defendants' response to the Third Amended Complaint is due March 14, 2025.

6. On March 5, 2025, the parties began further conferrals related to this action including Defendants' challenges to the Third Amended Complaint. As a result, Plaintiffs have requested and Defendants do not object to allowing additional time to for Plaintiffs to further amend the Third Amended Complaint.

7. In addition, the Parties request to continue the Scheduling Conference from April 4, 2025 to May 30, 2025 or as soon thereafter as is convenient for the Court. Counsel for Defendants is scheduled to be traveling on April 4, 2025 and is therefore unavailable. Counsel for Plaintiffs is scheduled to be in mediation on April 4, 2025 and is therefore unavailable.

8. The parties agree, subject to this Court's approval, that:

    a. Plaintiffs shall have until April 29, 2025 to file a Fourth Amended

Complaint. Defendants shall respond to the Fourth Amended Complaint by May 30, 2025.

    b. The Scheduling Conference shall be continued from April 4, 2025 to a date on or after May 30, 2025 or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

Dated: March 12, 2025      Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Joan R. Camagong*
Michael L. Mallow
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-3204
Phone: (424) 285-8330
Fax: (424) 204-9093

Amir Nassihi
Joan R. Camagong
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 544-1900
Fax: (415) 391-0281

Attorneys for Defendants

Dated: March 12, 2025      Respectfully submitted,

By: /s/*Azar Mouzari*
Azar Mouzari
Nilofar Nouri
BEVERLY HILLS TRIAL ATTORNEYS, P.C.
9350 Wilshire Blvd., Suite 203
Beverly Hills, California 90212
Tel: 310-627-8648
Fax: 310-627-8642

Attorneys for Plaintiff

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, JOAN R. CAMAGONG, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

By: /s/ *Joan R. Camagong*

Joan R. Camagong