UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN CALUWE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR CREDIT CORPORATION d.b.a. TOYOTA FINANCIAL SERVICES, a California Corporation, and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 2:24-cv-05819-AB-RAO<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FOURTH AMENDED COMPLAINT AND TO RE-SET THE SCHEDULING CONFERENCE |

The Court **APPROVES** the Parties' Stipulation (Dkt. No. 35) and **SETS** the following deadlines:

1. Defendants' deadline to respond to the Fourth Amended Complaint is extended to September 30, 2025.
2. If Defendants respond with a motion to dismiss, they must notice it for hearing on December 19, 2025 at 10:00 a.m.
3. Plaintiffs' opposition to any motion to dismiss is due by October 30, 2025.
4. Defendants' reply is due by November 20, 2025.
5. The Scheduling Conference set for November 14, 2025 is **CONTINUED**

to December 19, 2025 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: August 12, 2025

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE