Michael L. Mallow (SBN 188745)
mmallow@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-3204
Phone: (424) 285-8330
Fax: (424) 204-9093

Amir Nassihi (SBN 235936)
anassihi@shb.com
Joan R. Camagong (SBN 288217)
jcamagong@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 544-1900
Fax: (415) 391-0281

*Attorneys for Defendants*
*Toyota Motor Sales, U.S.A., Inc.,*
*Toyota Motor North America, Inc.,*
*Toyota Motor Credit Corporation*
*D.B.A. Toyota Financial Services*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN CALUWE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR CREDIT CORPORATION d.b.a. TOYOTA FINANCIAL SERVICES, a California Corporation, and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 2:24-cv-05819-AB-RAO<br><br>Assigned to: Hon. André Birotte Jr.<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FOURTH AMENDED COMPLAINT AND TO RE-SET THE FEBRUARY 20, 2026 SCHEDULING CONFERENCE** |

1. Pursuant to Civil Local Rule 7-1, and subject to the Court's approval, the Parties stipulate as follows:

1. On July 10, 2024, Plaintiffs filed their complaint. (Dkt. 1).

2. On August 1, 2024, Plaintiffs filed the First Amended Complaint. (Dkt. 13).

3. On October 28, 2024 and October 29, 2024, the Parties conferred by email and videoconference pursuant to Local Rule 7-3 regarding Defendants' motion to dismiss in response to the First Amended Complaint. Following the conferral, the Parties agreed that Plaintiffs would have until December 4, 2024 to file a Second Amended Complaint and Defendants would have until February 4, 2025 to respond. A stipulation and order was entered to that effect. (Dkts. 18, 19).

4. On December 4, 2024, Plaintiffs filed their Second Amended Complaint (Dkt. 20).

5. Following further conferrals regarding Defendants' challenges to the Second Amended Complaint, the parties agreed that Plaintiffs would have until February 14, 2025 to file their Third Amended Complaint. (Dkt. 21). Plaintiffs filed their Third Amended Complaint on February 14, 2025. (Dkt. 28). Defendants' response to the Third Amended Complaint was due March 14, 2025.

6. On March 5, 2025, the parties began further conferrals regarding Defendants' challenges to the Third Amended Complaint. The Parties agreed that Plaintiffs would have until April 29, 2025 to file their Fourth Amended Complaint. (Dkt. 31).

7. On April 29, 2025, Plaintiffs filed their Fourth Amended Complaint adding 115 named plaintiffs for a total of 140 named plaintiffs. (Dkt. 32 )

8. On May 22, 2025, the Parties met and conferred regarding Plaintiffs' Fourth Amended Complaint and given the changes to the Plaintiffs in this action including the addition of 115 named plaintiffs, the Parties agreed that Defendants' deadline to respond to the Fourth Amended Complaint should be extended to August 27, 2025 and that the Scheduling Conference should be re-set to November 14, 2025. The

1  Parties filed a stipulation to that effect and the Court entered it. (Dkt. 34).

2  9.     On August 8, 2025, the Parties met and conferred and began engaging in
resolution discussions. To preserve judicial and party resources, the Parties agreed to
extend Defendants' deadline to respond to the Fourth Amended Complaint to
September 30, 2025 and agreed to continue the Scheduling Conference to December
19, 2025. (Dkt. 35). The Court entered an order to that effect. (Dkt. 36).

10.    On September 18, 2025, the Parties continued to meet and confer and after
making considerable progress, the Parties agreed to extend Defendants' deadline to
respond to the Fourth Amended Complaint to November 7, 2025 and agreed to
continue the Scheduling Conference to February 20, 2026. The Court entered an order
to that effect. (Dkt. 38)

11.    The Parties continue to make considerable progress with resolution discussions
but require more time given the large number of plaintiffs and documentation
involved. Thus, to preserve judicial and party resources, the Parties agree that
Defendants' deadline to respond to the Fourth Amended Complaint should be
extended to January 15, 2026 and that the Scheduling Conference should be re-set to
March 20, 2026.

12.    The Parties agree, subject to this Court's approval, that:

    a. Defendants' deadline to respond to the Fourth Amended Complaint shall be extended to January 15, 2026.

    b. Plaintiffs' deadline to oppose any motion to dismiss filed by Defendants shall be February 16, 2026.

    c. Defendants' deadline to reply to any opposition shall be March 3, 2026.

    d. Any hearing on Defendants' motion to dismiss shall be set for March 20, 2026 at 10:00am or as soon thereafter as is convenient for the Court.

e. The Scheduling Conference set for February 20, 2026 shall be re-set to March 20, 2026 at 10:00am or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: October 29, 2025 | Respectfully submitted, |
| 2 | | SHOOK, HARDY & BACON L.L.P. |
| 3 | | By: /s/ *Joan R. Camagong* |

Michael L. Mallow
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-3204
Phone: (424) 285-8330
Fax: (424) 204-9093

Amir Nassihi
Joan R. Camagong
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 544-1900
Fax: (415) 391-0281

Attorneys for Defendants

Dated: October 29, 2025          Respectfully submitted,

BEVERLY HILLS TRIAL ATTORNEYS, P.C

By: /s/*Azar Mouzari*
Azar Mouzari
Nilofar Nouri
BEVERLY HILLS TRIAL ATTORNEYS, P.C.
9350 Wilshire Blvd., Suite 203
Beverly Hills, California 90212
Tel: 310-627-8648
Fax: 310-627-8642

Attorneys for Plaintiffs

1 **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, JOAN R. CAMAGONG, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

By: /s/ *Joan R. Camagong*

Joan R. Camagong