UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN CALUWE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR CREDIT CORPORATION d.b.a. TOYOTA FINANCIAL SERVICES, a California Corporation, and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 2:24-cv-05819-AB-RAO<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FOURTH AMENDED COMPLAINT AND TO RE-SET THE MARCH 20, 2026 SCHEDULING CONFERENCE** |

/ / /

/ / /

/ / /

The Court **APPROVES** the Stipulation and **ENTERS** the following deadlines:

1. Defendants must respond to the Fourth Amended Complaint by April 3, 2026.
2. If Defendants file a Motion to Dismiss, it must be set for hearing on June 19, 2026.
3. Plaintiffs' deadline to oppose any Motion to Dismiss is May 1, 2026.
4. Defendants' deadline to reply to any opposition is May 22, 2026.
5. The Scheduling Conference is continued to June 19, 2026, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: January 7, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE