Azar Mouzari, SBN 263461
Nilofar Nouri, SBN 311871
**BEVERLY HILLS TRIAL ATTORNEYS, P.C.**
9350 Wilshire Blvd., Suite 203
Beverly Hills, California 90212
Tel: 310-627-8648
Fax: 310-627-8642
Email: azar@bhtrialattorneys.com
Email: nilofar@bhtrialattorneys.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN CALUWE, an individual; SHERVIN SHAHHIAN, an individual; LEILA KHAJE HOSEINI, an individual; SOHEIL VAHEDI, an individual; IRVING ADLEN, an individual; RYAN KISKIS, an individual; ALVIN MENDOZA, an individual; KOUROSH ELIAHOZADEH, an individual; ADNAN AGBOATWALLA, an individual; SAMIN EFTEKHARI, an individual; JOSEPH KIM, an individual; HIWOT MENGISTU, an individual; IRINA MELIKSETYAN, an individual; ANGELA ROSE NUNO, an individual; JUAN CARRANZA DELGADO, an individual; DAWAR NAQVI, an individual; DIEGO TOSCANO, an individual; MOHSEN HASS, an individual; MARLA R. DREYFUS, an individual; TRILOK DESAI, an individual; RAY CHAKMAKCHI, an individual; SHUK L. CHAN, an individual; TIMOTHY J. SHEENA, an individual; KEN SOLOMON, an individual; PETER SNELL, an individual; ANDREW VIEYRA, an individual; DORIAN DARIUS FARROKHI, an individual; JONATHAN DEKELAITA, an individual; ERIC DANG, an individual; | Case No.:  2:24-CV-05819-AB-RAO<br><br>**NOTICE OF DISMISSAL OF CLAIMS WITH PREJUDICE BY CERTAIN PLAINTIFFS AS TO ALL DEFENDANTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

---

1

LYNNE DANG, an individual; AARON HAN, an individual; MITCH PHAM, an individual; VU DUC NGUYEN, an individual; CHARLES JOHNSON, an individual; JOSE MARTINEZ, an individual; HERIBERTO GONZALEZ, an individual; MICHAEL D. PHILIPS, an individual; JENNY LI, an individual; HAITAO LI, an individual; TYMAN EUGENE SMALL JR., an individual; JIM PETER PRINCE, an individual; ANDREA NOAH, an individual; GILBERT SABALA, an individual; KITJA HORPAYAK, an individual; PEILIN WU, an individual; JAYSHREE MAKHIJANI, an individual; SAEED AMINI RAOUFPOUR, an individual; PATRICK CYCCONE JR., an individual; MEJIA SEARLES ARNALDO, an individual; KI RYUN SHIN, an individual; JESSICA MORALES, an individual; SHANTALA KONAKANCHI, an individual; ARAZ A. ARBAB, an individual; SHANTIA HASSANSHAHI, an individual; JAMES ASTUNO, an individual; MARK COMPTON, an individual; BHARGAV DABHI, an individual; FITZHUGH SWAIN, an individual; KOYA ANDERSON, an individual; YOUSOF FOTOVAT, an individual; EDWARD BROWN, an individual; DEBRA BARD JAVERBAUM, an individual; LYDIA J. SCHNITTA, an individual; WEIGUO ZHU, an individual; SHEN LING, an individual; JEFFREY S. WHITCOMB, an individual; WAQAR A. SIDDIQUI, an individual; EDBERTO A. RECINOS, an individual; EDWARD HERNANDEZ, an individual; OSCAR GARCIA NEVAREZ, an individual; TRITH DADLANI, an individual; AVA BAREKAT, an individual; )

2

JEROME LOUIS LUCERA, an individual;    )
VIVIANA GONZALEZ, an individual;    )
DANIEL VALENZUELA, an individual;    )
JOSHUA ROBINSON, an individual;    )
JAMES KRUG, an individual; MAURICIO    )
PIERRE VASQUEZ, an individual;    )
MARVIN ALEXANDER ORELLANA, an    )
individual; RICHARD COLLETT, an    )
individual; MANFRED REMES, an    )
individual; KARIMULLAH BAYANZAY,    )
an individual; LAKIESHA MILNER, an    )
individual; DAVID RAD, an individual,    )
DANIEL ATKINS, an individual; DAVID    )
A. BAKER, an individual; MARCUS D.    )
MOORE, an individual; CAREN    )
ARSENEAULT, an individual; NANCY E.    )
MCCORD, an individual; DAVID P.    )
SINGERMAN, an individual; JAY S.    )
FLEMING, an individual; WILLIAM    )
BAKER, an individual; MICHAEL L.    )
SANDS, an individual; DIANE MARQUEZ,    )
an individual; DANIEL CALDERON, an    )
individual; IAN ETHAN VLOKE-WURTH,    )
an individual; MARIA VEGA, an individual;    )
DANIEL M. POPPERS, an individual;    )
JOHN MOORE, an individual; SAYED    )
MOJADIDI, an individual; RUBEN    )
OROZCO, an individual; GAREGIN    )
MKHITARYAN, an individual;    )
MATTHEW R. LESSINGER, an individual;    )
CHRISTOPHER RUIZ, an individual;    )
GARRY MKRTCHYAN, an individual;    )
LAURA BEHJAN, an individual; GINA    )
TOWNSEND, an individual; EHAN GOOD,    )
an individual; MANU NOMURA an    )
individual; MOHAMMAD NAJAFI, an    )
individual; FERDINAND CALINGASAN,    )
an individual; MICHAEL MEDVEDEV, an    )
individual; JASMINE J. WALKER, an    )
individual; SYLVIA CHOY, an individual;    )

3

LAYNE CHRISTOPHER MOREY, an individual; ASHIA SOUDER, an individual; KEVIN MANCHA, an individual; CYNTHIA FARRELLY GESNER, an individual; ERIK PENA, an individual; ANDY MATTI, an individual; ROBERT KRANTZ, an individual; RICHARD BALINT, an individual; BOBBIE M. MENDOZA, an individual; NAJIA SARWARI, an individual; RAYMOND E. COLLINS, an individual; GLORIA E. VRANJICAN, an individual; MICHELLE CARTER, an individual; FRANK TRUONG, an individual; UT ANNA VUONG, an individual; ROMULO E. HUEZO, an individual; HOOMAN MELAMED, an individual; PETER COHEN, an individual; AMBER NGUYEN, an individual; MARK MANDEL, an individual; VIRGINIA L. THIELE, an individual; JAMIEE HUSTED, an individual; ONUR KARACANLI, an individual; SERKAN SIYI, an individual; BEVERLY BROCK, an individual; SATWANT K. RAI, an individual; and on behalf of all others similarly situated,

    Plaintiffs,

vs.

TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation, TOYOTA MOTOR NORTH AMERICA, INC., a California Corporation, and DOES 1 through 20 inclusive,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

4

*NOTICE OF DISMISSAL OF CLAIMS WITH PREJUDICE BY CERTAIN PLAINTIFFS*
*[CLASS-ACTION]*

**TO THE HONORABLE COURT AND ALL PARTIES:**

Please take notice that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs SOHEIL VAHEDI, IRVING ADLEN, ANGELA ROSE NUNO, DAWAR NAQVI, TRILOK DESAI, PETER SNELL, ANDREW VIEYRA, JONATHAN DEKELAITA, LYNNE DANG, AARON HAN, VU DUC NGUYEN, CHARLES JOHNSON, HERIBERTO GONZALEZ, ANDREA NOAH, JAYSHREE MAKHIJANI, SAEED AMINI RAOUFPOUR, MEJIA SEARLES ARNALDO, KI RYUN SHIN, JESSICA MORALES, SHANTALA KONAKANCHI, BHARGAV DABHI, KOYA ANDERSON, EDWARD BROWN, EDWARD HERNANDEZ, TRITH DADLANI, JOSHUA ROBINSON, MAURICIO PIERRE VASQUEZ, MARVIN ALEXANDER ORELLANA, DAVID A. BAKER, DAVID P. SINGERMAN, DIANE MARQUEZ, DANIEL M. POPPERS, GAREGIN MKHITARYAN, GARRY MKRTCHYAN, MOHAMMAD NAJAFI, LAYNE CHRISTOPHER MOREY, ERIK PENA, ROBERT KRANTZ, RICHARD BALINT, NAJIA SARWARI, MICHELLE CARTER, UT ANNA VUONG, MARK MANDEL and ONUR KARACANLI ("Plaintiffs"), hereby dismiss all their claims, *with prejudice,* as against all Defendants, TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation, TOYOTA MOTOR NORTH AMERICA, INC., a California Corporation, and DOES 1 through 20 inclusive ("Defendants").

DATED: May 15, 2026                **BEVERLY HILLS TRIAL ATTORNEYS, P.C.**

/s/ Azar Mouzari
Azar Mouzari, Esq.
Nilofar Nouri, Esq.

5

*NOTICE OF DISMISSAL OF CLAIMS WITH PREJUDICE BY CERTAIN PLAINTIFFS*
*[CLASS-ACTION]*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the United States District Court Central District of California by using the CM/ECF system on May 15, 2026.

I further certify that all participants in the case appear to have been registered CM/ECF users and that service should therefore be accomplished by the CM/ECF system via electronically mail to all counsel of record.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 15, 2026, in Los Angeles, California.

*/s/ Nilofar Nouri*

Nilofar Nouri

*NOTICE OF DISMISSAL OF CLAIMS WITH PREJUDICE BY CERTAIN PLAINTIFFS*
*[CLASS-ACTION]*