Michael L. Mallow (SBN 188745)
mmallow@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-3204
Phone: (424) 285-8330
Fax: (424) 204-9093

Amir Nassihi (SBN 235936)
anassihi@shb.com
Joan R. Camagong (SBN 288217)
jcamagong@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 544-1900
Fax: (415) 391-0281

*Attorneys for Defendants*
*Toyota Motor Sales, U.S.A., Inc.,*
*Toyota Motor North America, Inc.,*
*Toyota Motor Credit Corporation*
*D.B.A. Toyota Financial Services*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN CALUWE, individually and on behalf of others similarly situated, | Case No. 2:24-cv-05819-AB-RAO |
| Plaintiffs, | Assigned to: Hon. André Birotte Jr. |
| v. | **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FOURTH AMENDED COMPLAINT** |
| TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR CREDIT CORPORATION d.b.a. TOYOTA FINANCIAL SERVICES, a California Corporation, and DOES 1 through 20 inclusive, | |
| Defendants. | |

Pursuant to Civil Local Rule 7-1, and subject to the Court's approval, the Parties stipulate as follows:

1. On July 10, 2024, Plaintiffs filed their complaint. (Dkt. 1).

2. On August 1, 2024, Plaintiffs filed the First Amended Complaint. (Dkt. 13).

3. On October 28, 2024 and October 29, 2024, the Parties conferred by email and videoconference pursuant to Local Rule 7-3 regarding Defendants' motion to dismiss in response to the First Amended Complaint. Following the conferral, the Parties agreed that Plaintiffs would have until December 4, 2024 to file a Second Amended Complaint and Defendants would have until February 4, 2025 to respond. A stipulation and order was entered to that effect. (Dkts. 18, 19).

4. On December 4, 2024, Plaintiffs filed their Second Amended Complaint (Dkt. 20).

5. Following further conferrals regarding Defendants' challenges to the Second Amended Complaint, the parties agreed that Plaintiffs would have until February 14, 2025 to file their Third Amended Complaint. (Dkt. 21). Plaintiffs filed their Third Amended Complaint on February 14, 2025.  (Dkt. 28). Defendants' response to the Third Amended Complaint was due March 14, 2025.

6. On March 5, 2025, the parties began further conferrals regarding Defendants' challenges to the Third Amended Complaint. The Parties agreed that Plaintiffs would have until April 29, 2025 to file their Fourth Amended Complaint. (Dkt. 31).

7. On April 29, 2025, Plaintiffs filed their Fourth Amended Complaint adding 115 named plaintiffs for a total of 140 named plaintiffs. (Dkt. 32 )

8. On May 22, 2025, the Parties met and conferred regarding Plaintiffs' Fourth Amended Complaint and given the changes to the Plaintiffs in this action including the addition of 115 named plaintiffs, the Parties agreed that Defendants' deadline to respond to the Fourth Amended Complaint should be extended to August 27, 2025 and that the Scheduling Conference should be re-set to November 14, 2025. The

Parties filed a stipulation to that effect and the Court entered it. (Dkt. 34).

9.   On August 8, 2025, the Parties met and conferred and began engaging in resolution discussions. To preserve judicial and party resources, the Parties agreed to extend Defendants' deadline to respond to the Fourth Amended Complaint to September 30, 2025 and agreed to continue the Scheduling Conference to December 19, 2025. (Dkt. 35). The Court entered an order to that effect. (Dkt. 36).

10.  On September 18, 2025, October 30, 2025, the Parties continued to meet and confer and after making considerable progress particularly in light of the number of Plaintiffs, the Parties agreed to extend Defendants' deadline to respond to the Fourth Amended Complaint. The Court entered an order to that effect. (Dkt. 38 and 40.)

11.  On January 5, 2026, the Parties continued to meet and confer understanding that given the number of Plaintiffs and documents necessary to continue progress toward resolution, additional time is necessary. Thus, the Parties agreed to extend Defendants' deadline to respond to the Fourth Amended Complaint to April 3, 2026 and agree that the hearing on any motion to dismiss that is filed and corresponding Scheduling Conference should be re-set to June 26, 2026. The Court entered an order to that effect. (Dkt. 41 and 42.)

12.  On March 20, 2026, after making considerable progress toward resolution of individual cases, the Parties met and conferred and agreed to further extend Defendants' deadline to respond to the Fourth Amended Complaint to June 4, 2026 and agreed that the hearing on any motion to dismiss that is filed and corresponding Scheduling Conference should be re-set to September 18, 2026. The Court entered an order to that effect. (Dkt. 43 and 44).

13.  The Parties continue to meet and confer, have made considerable progress toward resolution (see Dkt. 45) and continue to make considerable progress. As a result, the Parties agree, subject to this Court's approval, that:

    a. Defendants' deadline to respond to the Fourth Amended Complaint

shall be extended to August 14, 2026.

b. Plaintiffs' deadline to oppose any motion to dismiss filed by Defendants shall be September 14, 2026.

c.  Defendants' deadline to reply to any opposition shall be October 6, 2026.

d. Any hearing on Defendants' motion to dismiss shall be set for November 6, 2026 at 10:00am or as soon thereafter as is convenient for the Court.

e. The Scheduling Conference shall be re-set to November 6, 2026 at 10:00am or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

STIPULATION TO EXTEND DEFENDANTS' TIME
TO RESPOND TO FOURTH AMENDED COMPLAINT
Case No. 2:24-cv-05819-AB-RAO

Dated: May 29, 2026

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Joan R. Camagong*

Michael L. Mallow
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-3204
Phone: (424) 285-8330
Fax: (424) 204-9093

Amir Nassihi
Joan R. Camagong
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 544-1900
Fax: (415) 391-0281

Attorneys for Defendants

Dated: May 29, 2026

Respectfully submitted,

BEVERLY HILLS TRIAL ATTORNEYS, P.C

By: /s/*Azar Mouzari*
Azar Mouzari
Nilofar Nouri
BEVERLY HILLS TRIAL ATTORNEYS, P.C.
9350 Wilshire Blvd., Suite 203
Beverly Hills, California 90212
Tel: 310-627-8648
Fax: 310-627-8642

Attorneys for Plaintiffs

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FOURTH AMENDED COMPLAINT
Case No. 2:24-cv-05819-AB-RAO

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, JOAN R. CAMAGONG, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

By: /s/ *Joan R. Camagong*

Joan R. Camagong

STIPULATION TO EXTEND DEFENDANTS' TIME
TO RESPOND TO FOURTH AMENDED COMPLAINT
Case No. 2:24-cv-05819-AB-RAO