Azar Mouzari, SBN 263461
Nilofar Nouri, SBN 311871
**BEVERLY HILLS TRIAL ATTORNEYS, P.C.**
9350 Wilshire Blvd., Suite 203
Beverly Hills, California 90212
Tel: 310-627-8648
Fax: 310-627-8642
Email: azar@bhtrialattorneys.com
Email: nilofar@bhtrialattorneys.com

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN CALUWE, an individual; SHERVIN SHAHHIAN, an individual; LEILA KHAJE HOSEINI, an individual; SOHEIL VAHEDI, an individual; IRVING ADLEN, an individual; RYAN KISKIS, an individual; ALVIN MENDOZA, an individual; KOUROSH ELIAHOZADEH, an individual; ADNAN AGBOATWALLA, an individual; SAMIN EFTEKHARI, an individual; JOSEPH KIM, an individual; HIWOT MENGISTU, an individual; IRINA MELIKSETYAN, an individual; ANGELA ROSE NUNO, an individual; JUAN CARRANZA DELGADO, an individual; DAWAR NAQVI, an individual; DIEGO TOSCANO, an individual; MOHSEN HASS, an individual; MARLA R. DREYFUS, an individual; TRILOK DESAI, an individual; RAY CHAKMAKCHI, an individual; SHUK L. CHAN, an individual; TIMOTHY J. SHEENA, an individual; KEN SOLOMON, an individual; PETER SNELL, an individual; ANDREW VIEYRA, an individual; DORIAN DARIUS FARROKHI, an individual; JONATHAN DEKELAITA, an individual; ERIC DANG, an individual; | Case No.: 2:24-CV-05819-AB-RAO<br><br>**NOTICE OF DISMISSAL OF CLAIMS WITH PREJUDICE BY CERTAIN PLAINTIFFS AS TO ALL DEFENDANTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

LYNNE DANG, an individual; AARON HAN, an individual; MITCH PHAM, an individual; VU DUC NGUYEN, an individual; CHARLES JOHNSON, an individual; JOSE MARTINEZ, an individual; HERIBERTO GONZALEZ, an individual; MICHAEL D. PHILIPS, an individual; JENNY LI, an individual; HAITAO LI, an individual; TYMAN EUGENE SMALL JR., an individual; JIM PETER PRINCE, an individual; ANDREA NOAH, an individual; GILBERT SABALA, an individual; KITJA HORPAYAK, an individual; PEILIN WU, an individual; JAYSHREE MAKHIJANI, an individual; SAEED AMINI RAOUFPOUR, an individual; PATRICK CYCCONE JR., an individual; MEJIA SEARLES ARNALDO, an individual; KI RYUN SHIN, an individual; JESSICA MORALES, an individual; SHANTALA KONAKANCHI, an individual; ARAZ A. ARBAB, an individual; SHANTIA HASSANSHAHI, an individual; JAMES ASTUNO, an individual; MARK COMPTON, an individual; BHARGAV DABHI, an individual; FITZHUGH SWAIN, an individual; KOYA ANDERSON, an individual; YOUSOF FOTOVAT, an individual; EDWARD BROWN, an individual; DEBRA BARD JAVERBAUM, an individual; LYDIA J. SCHNITTA, an individual; WEIGUO ZHU, an individual; SHEN LING, an individual; JEFFREY S. WHITCOMB, an individual; WAQAR A. SIDDIQUI, an individual; EDBERTO A. RECINOS, an individual; EDWARD HERNANDEZ, an individual; OSCAR GARCIA NEVAREZ, an individual; TRITH DADLANI, an individual; AVA BAREKAT, an individual; )

JEROME LOUIS LUCERA, an individual; VIVIANA GONZALEZ, an individual; DANIEL VALENZUELA, an individual; JOSHUA ROBINSON, an individual; JAMES KRUG, an individual; MAURICIO PIERRE VASQUEZ, an individual; MARVIN ALEXANDER ORELLANA, an individual; RICHARD COLLETT, an individual; MANFRED REMES, an individual; KARIMULLAH BAYANZAY, an individual; LAKIESHA MILNER, an individual; DAVID RAD, an individual, DANIEL ATKINS, an individual; DAVID A. BAKER, an individual; MARCUS D. MOORE, an individual; CAREN ARSENEAULT, an individual; NANCY E. MCCORD, an individual; DAVID P. SINGERMAN, an individual; JAY S. FLEMING, an individual; WILLIAM BAKER, an individual; MICHAEL L. SANDS, an individual; DIANE MARQUEZ, an individual; DANIEL CALDERON, an individual; IAN ETHAN VLOKE-WURTH, an individual; MARIA VEGA, an individual; DANIEL M. POPPERS, an individual; JOHN MOORE, an individual; SAYED MOJADIDI, an individual; RUBEN OROZCO, an individual; GAREGIN MKHITARYAN, an individual; MATTHEW R. LESSINGER, an individual; CHRISTOPHER RUIZ, an individual; GARRY MKRTCHYAN, an individual; LAURA BEHJAN, an individual; GINA TOWNSEND, an individual; EHAN GOOD, an individual; MANU NOMURA an individual; MOHAMMAD NAJAFI, an individual; FERDINAND CALINGASAN, an individual; MICHAEL MEDVEDEV, an individual; JASMINE J. WALKER, an individual; SYLVIA CHOY, an individual; )

LAYNE CHRISTOPHER MOREY, an individual; ASHIA SOUDER, an individual; KEVIN MANCHA, an individual; CYNTHIA FARRELLY GESNER, an individual; ERIK PENA, an individual; ANDY MATTI, an individual; ROBERT KRANTZ, an individual; RICHARD BALINT, an individual; BOBBIE M. MENDOZA, an individual; NAJIA SARWARI, an individual; RAYMOND E. COLLINS, an individual; GLORIA E. VRANJICAN, an individual; MICHELLE CARTER, an individual; FRANK TRUONG, an individual; UT ANNA VUONG, an individual; ROMULO E. HUEZO, an individual; HOOMAN MELAMED, an individual; PETER COHEN, an individual; AMBER NGUYEN, an individual; MARK MANDEL, an individual; VIRGINIA L. THIELE, an individual; JAMIEE HUSTED, an individual; ONUR KARACANLI, an individual; SERKAN SIYI, an individual; BEVERLY BROCK, an individual; SATWANT K. RAI, an individual; and on behalf of all others similarly situated,

Plaintiffs,

vs.

TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation, TOYOTA MOTOR NORTH AMERICA, INC., a California Corporation, and DOES 1 through 20 inclusive,

Defendants.

**TO THE HONORABLE COURT AND ALL PARTIES:**

Please take notice that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs KEN SOLOMON, LYDIA J. SCHNITTA, ALVIN MENDOZA, CAREN ARSENEAULT, NANCY E. MCCORD, RYAN KISKIS, ADNAN AGBOATWALLA, BEVERLY BROCK, BRYAN CALUWE, CYNTHIA FARRELLY GESNER, DORIAN DARIUS FARROKHI, DEBRA BARD JAVERBAUM, ERIC DANG, KITJA HORPAYAK, SHUK L. CHAN, WILLIAM BAKER, ANDY MATTI, AVA BAREKAT, DANIEL CALDERON, GINA TOWNSEND, MARLA R. DREYFUS, MOHSEN HASS, MARK COMPTON, HOOMAN MELAMED, IRINA MELIKSETYAN, SHERVIN SHAHHIAN, LEILA KHAJE HOSEINI, WAQAR A. SIDDIQUI, MANU NOMURA, ARAZ A. ARBAB, KOUROSH ELIAHOZADEH, JAMES KRUG, CHRISTOPHER RUIZ, YOUSOF FOTOVAT, JOSE MARTINEZ, HIWOT MENGISTU, SERKAN SIYI, TIMOTHY J. SHEENA and IAN ETHAN VLOKE-WURTH ("Plaintiffs"), hereby dismiss all their claims, *with prejudice*, as against all Defendants, TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation, TOYOTA MOTOR NORTH AMERICA, INC., a California Corporation, and DOES 1 through 20 inclusive ("Defendants").

DATED: November 18, 2026

**BEVERLY HILLS TRIAL ATTORNEYS, P.C.**

*/s/ Azar Mouzari*
Azar Mouzari, Esq.
Nilofar Nouri, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the United States District Court Central District of California by using the CM/ECF system on November 18, 2026.

I further certify that all participants in the case appear to have been registered CM/ECF users and that service should therefore be accomplished by the CM/ECF system via electronically mail to all counsel of record.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 18, 2026, in Los Angeles, California.

*/s/ Nilofar Nouri*
Nilofar Nouri